1   Olaf W. Hedberg, SBN #151082
    Olaf W. Hedberg, Attorney at Law
2   1107 9th St., Suite 850
    Sacramento, CA 95814
3   (916) 447-1192
    Attorney for Defendant

4

            IN THE UNITED STATES DISTRICT COURT
5           FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8   UNITED STATES OF AMERICA          )   No. CR-S-07-574-GEB
                                      )
9              Plaintiff,             )   STIPULATION AND [PROPOSED
          vs.                         )   ORDER].
                                      )
10  CLAYTON JAY KLOCK                 )
                                      )   Date: February 29, 2008
11                                    )   Time: 9 A.M.
              Defendant.              )   Judge: Hon. Garland E. Burrell
12  _____   )

13

14          IT IS HEREBY STIPULATED by and between the parties hereto through their respective

15  counsel, KEN MELIKIAN, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF

16  HEDBERG, attorney for defendant that the status conference now scheduled for February 29,

17  2008 at 9:00 AM be vacated and a new date of March 28th 2008 at 9 A.M. be set for status. The

18  defense needs  time to review  discovery . Further, the parties are engaged in ongoing settlement

19  negotiations.

20          It is further stipulated and agreed between the parties that the period beginning February

21  29, 2008 and ending March 28th, 2008, should be excluded in computing the time within which

22                                  Page 1 of 3

1   the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial

2   Act for defense preparation. The defense has been engaged in ongoing legal research and

3   investigation. All parties stipulate and agree that this is an appropriate exclusion of time within

4   the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

5

6

7   Respectfully submitted,
    Dated this 27th of February, 2008

8   By /s/ Olaf Hedberg
    Olaf W. Hedberg, Attorney at Law

9   Attorney for Clayton Klock

10  Dated this 27th of February, 2008
    MCGREGOR W. SCOTT

11  United States Attorney
    /s/ Olaf Hedberg for Ken Melikian

12  Ken Melikian
    Assistant U.S. Attorney

13

14

15                        **ORDER**

16

17  **IT IS SO ORDERED**

18  Dated:  February 27, 2008

19

20  _____
    GARLAND E. BURRELL, JR.

21  United States District Judge

22                   Page 2 of 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22