McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-574 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) CLAYTON JAY KLOCK, ) | |
| ) Defendant. ) | |
| _____) | |

    Defendant Clayton Jay Klock, through Olaf W. Hedberg, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for March 28, 2008, be vacated.  The parties further request and stipulate that a status conference be placed on the court's April 25, 2008, calendar.

    Defense counsel is still examining the discovery in this case, and is in the process of preparing his defense.  Defense counsel is currently in trial, and needs additional time to complete his examination and analysis of the discovery.

    Accordingly, both parties request that the status conference in this case be continued to April 25, 2008.  Both parties agree that time should be excluded through April 25, 2008, from

1  computation under the Speedy Trial Act pursuant to local code T4
2  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
3  reasonable time to prepare his case.

4  DATED: March 27, 2008            McGREGOR W. SCOTT
                                    United States Attorney
5

6
                                 By: /s/ Kenneth J. Melikian
7                                    KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
8

9  DATED: March 27, 2008            /s/ Kenneth J. Melikian
                                    OLAF W. HEDBERG
10                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
11                                   per authorization by Olaf W.
                                     Hedberg)
12

13

14      IT IS SO ORDERED.

15 Dated:  March 31, 2008

16

17  _____
    GARLAND E. BURRELL, JR.
18  United States District Judge

2