McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )  CR. NO. S-07-574 GEB
                                )
          Plaintiff,            )
                                )  STIPULATION; ORDER
                                )
CLAYTON JAY KLOCK,              )
                                )
          Defendant.            )
_____)

    Defendant Clayton Jay Klock, through Olaf W. Hedberg, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, request and agree that the status conference scheduled for November 14, 2008, be vacated.  The parties further request and stipulate that a status conference be placed on the court's January 9, 2009, calendar.

    Defense counsel recently attempted to obtain some documents that are in the possession of the Social Security Administration. After his effort was not successful, he requested that the government attempt to obtain these documents.  The government has agreed to attempt to do so.  But, it is not known how long it will take to obtain these documents, or whether these documents are even obtainable at all.

1

Accordingly, both parties request that the status conference in this case be continued to January 9, 2009. Both parties agree that time should be excluded through January 9, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: November 13, 2008  McGREGOR W. SCOTT
United States Attorney

 /s/ Kenneth J. Melikian

By
   KENNETH J. MELIKIAN
Assistant U.S. Attorney

DATED: November 13, 2008  /s/ Kenneth J. Melikian
OLAF W. HEDBERG
Attorney for Defendant
(Signed by Kenneth J. Melikian per authorization by Olaf W. Hedberg)

   IT IS SO ORDERED.

Dated:  November 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge