Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-S-07-574-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED ORDER]. |
| vs. | |
| CLAYTON JAY KLOCK | Date: March 6, 2009 |
| | Time: 9 A.M. |
| Defendant. | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant that the status conference now scheduled for March 6, 2009 at 9:00 AM be vacated and a new date of April 10th 2009 at 9 A.M. be set for status. The defense is awaiting discovery materials from the government. Further, the parties are engaged in ongoing settlement negotiations.

It is further stipulated and agreed between the parties that the period beginning March 6, 2009 and ending April 10, 2009, should be excluded in computing the time within which the trial

of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this March 4, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Clayton Klock

Dated this March 4, 2009
LAWRENCE BROWN
Acting United States Attorney
/s/ Olaf Hedberg for Ken Melikian
Ken Melikian
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

Dated: March 5, 2009

GARLAND E. BURRELL, JR.
United States District Judge