```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771
 5
 6              IN THE UNITED STATES DISTRICT COURT
 7           FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,   )  CASE NO. 2:07-CR-0574-GEB
                                )
10           Plaintiff,         )  STIPULATION AND PROPOSED
                                )  ORDER FOR CONTINUANCE OF
11      v.                      )  STATUS CONFERENCE
                                )
12  CLAYTON JAY KLOCK,          )
                                )  Date: May 15, 2009
13           Defendant.         )  Time: 9:00 a.m.
                                   Hon. Garland E. Burrell
14
15
16
17       It is hereby stipulated and agreed to between the United States
18  of America through SEAN C. FLYNN, Assistant United States Attorney,
19  and defendant, CLAYTON JAY KLOCK, by and through his attorney, OLAF
20  HEDBERG, that the status conference in the above-captioned matter
21  set for Friday, May 15, 2009, be continued to Friday, June 19, 2009,
22  at 9:00 a.m.
23       Speedy trial time is to be excluded from the date of this order
24  through the date of the status conference set for June 19, 2009,
25  / / / /
26  / / / /
27  / / / /
28  / / / /
```

1

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: May 15, 2009          By:   /s/ Sean C. Flynn
                                  SEAN C. FLYNN
                                  Assistant U.S. Attorney

                                  /s/ Olaf Hedberg by SCF
DATE: May 15, 2009                OLAF HEDBERG
                                  Counsel for Clayton Jay Klock

**IT IS SO ORDERED.**

Dated:   May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge