UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:07-cr-00574-GEB-1 |
| Plaintiff, ) | |
| ) | |
| v. ) | TRIAL CONFIRMATION ORDER |
| ) | |
| CLAYTON JAY KLOCK, ) | |
| ) | |
| Defendant. ) | |

Trial in the above-captioned case is scheduled to commence on March 9, 2010, at 9:00 a.m. That date was confirmed at the hearing on Friday, February 12, 2010.

I. EVIDENTIARY DISPUTES

All evidentiary disputes capable of being resolved by in limine motions, shall be set forth in such motions no later than 4:30 p.m. on February 22, 2010.[1] Oppositions to the motions or non-opposition statements shall be filed no later than February 26, 2010. Hearing on the motions will commence at 9:00 a.m. on March 5, 2010. If the parties have other reasonably anticipated disputes concerning the admissibility of evidence, such disputes should be included in their trial briefs.  L.R. 285(a)(3).

//

---

[1] The parties are requested to meet and confer about such disputes before filing a motion to determine if agreement can be reached on any issue.

1

II.   TRIAL PREPARATION

  A.   No later than five court days before trial, the following documents should be filed:

    (1)   proposed jury instructions;

    (2)   proposed voir dire questions to be asked by the Court;

    (3)   trial briefs;[2]

    (4)   a joint statement or joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case; and

    (5)   a proposed verdict form.

At the time of filing the proposed jury instructions, proposed voir dire questions, verdict and joint statement, <u>counsel shall also submit a copy of the sanitized jury instructions, the proposed voir dire questions, verdict forms and the joint statement to the Court by email to geborders@caed.uscourts.gov in accordance with L.R. 163(b)(1).</u>

  B.   The government's exhibits shall be numbered and eventually marked with stickers provided by the court.  Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers provided by the court. The parties may obtain exhibit stickers by contacting the clerk's

---

[2] To ensure that the trial proceeds at a reasonable pace, the government is required to include in its trial brief a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof.  L.R. 285(a)(3). The defense is also encouraged to do this to the extent it opines it should.

2

1 | office at (916) 930-4000.

2 |     C.    The parties estimate the trial will take three (3)
3 | days. Each side is granted ten (10) minutes for voir dire, which may
4 | be used after the judge completes judicial voir dire.

5 |     1.    The "struck jury" system will be used to select the
6 | jury.[3] Two (2) alternate jurors will be empaneled. The Jury
7 | Administrator randomly selects potential jurors and places their names
8 | on a list that will be provided to each party in the numerical
9 | sequence in which they were randomly selected. Each juror will be
10 | placed in his or her randomly-selected seat. The first twelve (12)
11 | jurors on the list will constitute the petit jury unless one or more
12 | of those twelve (12) is excused for some reason. Assuming that the
13 | first listed juror is excused, the thirteenth listed juror becomes one
14 | of the twelve (12) jurors.

15 |     2.    Peremptory strikes will be exercised silently, by
16 | passing the strike sheet between the parties, with the government
17 | going first in each round. To use a challenge, the attorney will
18 | write the seat number of the juror above the line next to the numbered
19 | challenge. A party who does not use a challenge in any round waives
20 | any further right to exercise that challenge and is required to
21 | reflect this waiver by writing the word "pass" on the strike sheet.

---

[3] As explained in <u>United States v. Blouin</u>, 666 F.2d 796, 798 (2d Cir. 1981), "the goal of the 'struck jury' system is to whittle down an initially selected group . . . [to the amount of jurors] who will serve as the petit jury." The selected group consists of the 12 required to hear the case, the number of alternate jurors, plus the number of jurors required to enable the parties to use the combined number of peremptory challenges allotted to both sides for striking jurors from the group. Typically extra jurors are included in the select group in the event the minimum amount of jurors required for the "struck system" is reduced "for cause" or some other reason.

3.   If any party has a <u>Batson</u> or other objection to opposing counsel's use of a peremptory strike, it must be made immediately upon recognition of the same, and before moving to another round.  However, this ruling does not prevent a party from making such an objection later based on information gained that justifies making the objection at a later time.  But any objection must be made before the Court excuses that juror from further participation in the voir dire process.  Failure to do this constitutes waiver of a <u>Batson</u> and any other objection.

4.   Each party is given twenty (20) minutes to make an opening statement.

IT IS SO ORDERED.

Dated: February 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge