```
BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
AUDREY HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>              Plaintiff,            )<br>                                    )<br>     v.                             )<br>                                    )<br>CLAYTON JAY KLOCK,                  )<br>                                    )<br>              Defendant.            )<br>_____) | Case. No. CR-S-07-574 GEB<br><br>REQUEST THAT TRIAL DATE BE SET<br>FOR AUGUST 3, 2010<br><br><br>Date: August 3, 2010<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

    The United States and defendant Clayton Klock hereby request that the Court vacate the currently pending status conference, which is set for March 19, 2010, and set the following dates which have previously been cleared with the Court's deputy clerk. The parties jointly request that a trial confirmation hearing be set for July 16, 2010, at 9:00 am, and that a jury trial be set to commence on August 3, 2010, at 9:00 am.

    The defendant has recently been provided with well over one thousand pages of additional discovery in this matter, and the

1

1  parties agree that counsel for the defendant requires additional
2  time to prepare, and that time can appropriately be excluded from
3  calculation under the Speedy Trial Act from the date of this order
4  through the date set for the commencement of the jury trial, August
5  3, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time
6  to prepare] (Local Code T4).

7  DATED: March 17, 2010                /s/ Olaf W. Hedberg
                                        OLAF W. HEDBERG
8                                       Attorney for Defendant

9  DATED: March 17, 2010                BENJAMIN B. WAGNER
10                                      United States Attorney

11
                                   By:  /s/ Philip A. Ferrari
12                                      PHILIP A. FERRARI
                                        Assistant U.S. Attorney
13
        Therefore, **IT IS HEREBY ORDERED** that:
14
        1.   The status conference previously set for March 19, 2010,
15
   is hereby vacated.  A trial confirmation hearing shall be held in
16
   this matter on July 16, 2010, and the jury trial shall commence on
17
   August 3, 2010.
18
        2.   Based upon the above representations and stipulation of
19
   the parties, the Court finds that the ends of justice outweigh the
20
   best interest of the public and the defendant in a speedy trial.
21
   Accordingly, time under the Speedy Trial Act shall be excluded from
22
   the date of this Order through the date set for the commencement of
23
   trial, August 3, 2010.
24
        IT IS SO ORDERED.
25
   Dated:  March 18, 2010
26

27
                                        _____
28                                      GARLAND E. BURRELL, JR.
                                        United States District Judge