**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-CR-S-574 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| ) | RE: BRIEFING SCHEDULE AND TRIAL |
| v. ) | CONFIRMATION HEARING. |
| ) | |
| CLAYTON JAY KLOCK, ) | Trial Confirmation Date: November 19, |
| ) | 2010 |
| Defendant. ) | Time: 9 a.m. |
| ) | |
| ) | |

The parties' proposed briefing and hearing schedule is adopted, with a modification on the time when the hearing on in limine motions will commence, as follows:

1. Any new or amended motion in limine shall be filed no later than November 16, 2010.

2. Any opposition to an in limine motion shall be filed no later than November 19, 2010.

3. The trial confirmation hearing is scheduled on November 19, 2010, at 9 a.m.

4. All other filings, included any amended trial brief, jury instructions, and other trial documents will be November 23, 2010.

5. The hearing on the motions in limine will commence at 10:00 a.m. on November 29, 2010.

Dated:  November 15, 2010

GARLAND E. BURRELL, JR.
United States District Judge

-1-