BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CLAYTON JAY KLOCK, <br> Defendant. | No. 07-CR-S-574 GEB <br> REQUEST THAT TRIAL DATE BE SET FOR APRIL 26, 2010. <br><br> Date: April 26, 2011 <br> Time: 9:00 a.m. <br> Hon. Garland E. Burrell, Jr. |

The United States and defendant Clayton Klock hereby request that the Court vacate the currently pending trial confirmation hearing, set for November 19, 2010, and hearing on motions in limine, set for November 29, 2010, and set the following dates which have previously been cleared with the Court's deputy clerk. The parties jointly request that a trial confirmation hearing be set for April 8, 2011, at 9:00 a.m., that the motions in limine be set for hearing on April 22, 2011, at 9:00 a.m., and that a jury trial be set to commence on April 26, 2011, at 9:00 a.m.

The Court granted the government's unopposed motion to dismiss Count Two of the indictment on November 16, 2010. On that same date, defendant filed a Motion for a Bill of Particulars seeking clarification as to the remaining Count One. The parties now stipulate to a resetting of the trial date in order that the Motion for Bill of Particulars be heard before the Magistrate Judge. 28 U.S.C. § 636(b)(1)(A). In addition, counsel for defendant desires additional time to consult with his client, to review the current charge, to conduct investigation related to the charge, and to prepare for trial. Counsel for defendant believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that this time can be appropriately

excluded from calculation under the Speedy Trial Act from the date of this order through the date set for the commencement of the jury trial, April 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(a), (B)(iv), Local Code T4 . Finally, the parties agree that, time will continue to be excluded from the calculation under the Speedy Trial Act from the date pretrial motions were filed, until the conclusion of the hearing on those motions, scheduled for April 22, 2011, pursuant to 18 U.S.C. § 3161(h)(1)(D), Local Code E.

Dated: November 18, 2010         /s/ Olaf W. Hedberg
                                 OLAF W. HEDBERG
                                 Attorney for Defendant

Dated: November 18, 2010         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Audrey B. Hemesath
                                 AUDREY B. HEMESATH
                                 Assistant United States Attorney

Therefore, **IT IS HEREBY ORDERED** that:

1. The trial confirmation hearing previously set for November 19, 2010, is hereby vacated. The hearing on motions in limine previously set for November 29, 2010, is hereby vacated. A trial confirmation hearing shall be held on this matter on April 8, 2011. A hearing on motions in limine shall be held on April 22, 2011. The jury trial shall commence on April 26, 2011.

2. Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded, for the reasons noted above, from the date of this Order through the date set for the commencement of trial, April 26, 2011.

IT IS SO ORDERED.

Dated: November 21, 2010

GARLAND E. BURRELL, JR.
United States District Judge