BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
AUDREY HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. 2:07-cr-00574 KJM |
| Plaintiff, | |
| | REQUEST THAT TRIAL DATE BE SET FOR JULY 18, 2011 |
| v. | |
| CLAYTON JAY KLOCK, | |
| Defendant. | |

  The United States and defendant Clayton Klock hereby request that the Court vacate the currently pending trial confirmation hearing, which is set for April 7, 2011, and set the following dates which have previously been cleared with the Court's deputy clerk. The parties jointly request that a trial confirmation hearing be set for June 23, 2011, at 10:00 am, and that a jury trial be set to commence on July 18, 2011.

  Counsel for defendant is currently in trial in another matter, and it appears that matter may not be completed by the date

1

previously set for trial in this case.  The parties agree that time can and should be excluded from calculation under the Speedy Trial Act from the date of this order through the date set for the commencement of the jury trial, July 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [continuity of counsel and reasonable time to prepare] (Local Code T4).

DATED: April 6, 2011          /s/ Olaf W. Hedberg
                              OLAF W. HEDBERG
                              Attorney for Defendant

DATED: April 6, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Philip A. Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

    Therefore, **IT IS HEREBY ORDERED** that:

    1.   The trial confirmation hearing previously set for April 7, 2011, is hereby vacated.  A trial confirmation hearing shall be held in this matter on June 23, 2011 at 10:00 a.m.  The court will notify the parties regarding a trial date.

    2.   Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from the date of this Order through the date set for the trial confirmation hearing on June 23, 2011.

    IT IS SO ORDERED.

Date:  April 6, 2011.

_____
UNITED STATES DISTRICT JUDGE